I. T. Bloom, appellee, v. Mrs. Elizabeth S. Steinberg, appellant. Gen. No. 26,037.

Replevin for jewelry delivered to defendant on promise to marry. Claim in trover filed with leave of court. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed June 24, 1921.

Max M. Grossman, for appellant. William J. Dillon, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Frank Milke, appellee, v. Boyle Ice Company, appellant. Gen. No. 26,049.

Suit for wages due. Affidavit of merits alleging damages to a third person by plaintiff which defendant was obliged to settle and offering to set off the amount against plaintiff's claim. Affidavit stricken. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed June 24, 1921.

McArdle & McArdle, for appellant. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Lavin Roofing Company, appellee, v. J. C. Mecartney et al. J. C Mecartney, appellant. Gen. No. 26,801.

Motion to strike a bill of exceptions filed within an unauthorized extension of time. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed June 24, 1921.

Newell Mecartney, for appellant. Charles P. Molthrop, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Lorenzo J. Lamson et al., trading as Lamson Brothers & Company, appellants, v. Frank Greiner, appellee. Gen. No. 25,989.

Assumpsit on a note, checks and an open account for moneys expended for defendant. Attachment on ground of nonresidence. Finding for plaintiffs on attachment issue and for defendant on assumpsit issue. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Barnes, P. J., specially concurring. Opinion filed June 24, 1921.

Moses, Rosenthal, & Kennedy, for appellants; Walter Bachrach and Henry Jackson Darby, of counsel. Burton, Kannally & Megan, for appellee; A. F. Reichmann and R. A. Burton, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Lewis A. Weyburn, appellant, v. John A. Godfrey, administrator of the estate of Ida L. Place, deceased, et al., appellees. Gen. No. 26,010.

Creditor's bill against the estate of the deceased widow by the assignee of certain allowed and unpaid claims against the estate of her husband, alleging fraud in the assignment of certain distribu-

tions by the husband to the wife during their lifetime. Complaint dismissed for want of equity and decree for defendant administrator on his cross-bill for the unpaid distributions. Appeal from the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 24, 1921.

Willard J. Dixon, for appellant. Bunge, Harbour & Schmidt, for appellee John A. Godfrey.

Mr. Justice Gridley delivered the opinion of the court.

---

Foote Concrete Machinery Company, appellee, v. Gustav C. Anders, appellant. Gen. No. 26,040.

Suit by the indorsee of a promissory note against the maker. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 24, 1921.

Grossberg & Haffenberg, for appellant. Bulkley, More & Tallmadge, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

John W. Brown and John E. Brown, trustee, defendants in error, v. Alwina Otto, also known as Alwina Steger, and William H. Otto, also known as Wilhelm H. Otto, et al., plaintiffs in error. Gen. No. 23,483.

Bill to foreclose a trust deed. Decree of foreclosure. Error to the Superior Court of Cook county; the Hon. C. F. Irwin, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 24, 1921.

Edward Roby, for plaintiffs in error. John S. Hummer, for defendants in error.

Mr. Justice Matchett delivered the opinion of the court.

---

# FOURTH DISTRICT.

---

Frank Doll, defendant in error, v. Russell & Allison Drainage District et al., plaintiffs in error.

Action on the case for damages to land by overflows. Judgment for plaintiff. Error to the Circuit Court of Lawrence county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Eagleton, J., took no part in the hearing of this case. Opinion filed October 28, 1920. *Certiorari* denied by Supreme Court (making opinion final).

McGaughey, Tohill & McGaughey, for plaintiffs in error. Gee & Gee and P. W. Barnes, for defendant in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.